154 So. 119

## STARR PIANO CO. SALES CORPORATION
### v. WOODSON.
#### 6 Div. 591.

Court of Appeals of Alabama.
April 17, 1934.

Wm. J. Slaughter, of Birmingham, for appellant.

Chas. W. Greer and Waldrop Windham, both of Birmingham, for appellee.

RICE, Judge.

This was a suit in detinue by appellant to recover a piano from appellee. Verdict and judgment went for appellee.

Appellant had given bond and was in possession of the piano in suit.

Upon the trial, before a jury, the verdict was, simply: "We the jury find for the defendant," with judgment accordingly.

The value of the piano and damages should have been assessed (Code 1923, § 7392); but appellant cannot be heard to complain of the omission. It was not harmed. Kirkland v. Eford, 205 Ala. 72, 87 So. 364; and especially, International Harvester Co. of America v. Pittman et al., 226 Ala. 355, 147 So. 144. Code 1923, § 7318.

No other question is presented for our consideration.

The judgment is affirmed.

Affirmed.